Christopher G. Kelly
Marisa Marinelli
HOLLAND & KNIGHT LLP
31 West 52nd St.
New York, New York 10019
(212) 513-3239
*Attorneys for Defendants Washington Square Financial, LLC d/b/a/ Imperial Structured Settlements, Imperial Finance & Trading, LLC, and Imperial Holdings, Inc.*

UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL LAFONTANT,

                Plaintiff,

v.

WASHINGTON SQUARE FINANCIAL, LLC
d/b/a IMPERIAL STRUCTURED
SETTLEMENTS, IMPERIAL FINANCE &
TRADING, LLC; IMPERIAL HOLDINGS, INC.;
and ANDREW LEVINE,

                Defendants.

**Case No. 14-CIV-9895**
**NOTICE OF MOTION FOR DISMISSAL**

---

**PLEASE TAKE NOTICE,** that upon all of the pleadings and proceedings heretofore had herein, Defendants Washington Square Financial, LLC d/b/a/ Imperial Structured Settlements, Imperial Finance & Trading, LLC, and Imperial Holdings, Inc. ("Imperial Defendants"), will move this Court before the Hon. Cathy Seibel, U.S.D.J., at the United States Courthouse, Southern

District of New York, 300 Quarropas Street, White Plains, New York, 10601, on a date to be scheduled by the Court, for an order dismissing Plaintiff Michael Lafontant's claims, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
       February 5, 2015

                                           Respectfully submitted,

                                           HOLLAND & KNIGHT LLP

                                           By:   s/Marisa Marinelli
                                                   Marisa Marinelli
                                                   Christopher G. Kelly
                                          31 West 52nd Street
                                          New York, New York 10019
                                          (212) 513-3200